IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHNNY LEE RUGGLES,

    Petitioner,               No. CIV S-08-2071 GGH P

   vs.

JOHN MARSHALL, et al.,

    Respondents.         FINDINGS & RECOMMENDATIONS

_____/

       By order filed October 3, 2008, petitioner's application was dismissed and thirty days' leave to file an amended application was granted. The thirty day period has now expired, and petitioner has not filed an amended application or otherwise responded to the court's order.

       IT IS HEREBY ORDERED that the clerk of court shall assign a district judge to this case.

       IT IS HEREBY RECOMMENDED that this action be dismissed. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

       These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, petitioner may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's

1

1 Findings and Recommendations." Petitioner is advised that failure to file objections within the
2 specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951
3 F.2d 1153 (9th Cir. 1991).
4 DATED: November 25, 2008

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

/rugg2071.ftahab